IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

_____

| | | |
|---|---|---|
| SANDRA D. RUIZ | ) | Case No.  14-cv-29 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JOINT MOTION AND |
| QUAKER OATS COMPANY AND | ) | STIPULATION OF DISMISSAL |
| PEPSICO INC. | ) | WITH PREJUDICE |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Pursuant to F.R.Civ. P. 41(a)(1)(ii) and L.R. 41 (a)(1), Plaintiff Sandra D. Ruiz and

Defendants Quaker Oats Company (Quaker Mfg. LLC), and PepsiCo, Inc. state to the Court that

they agree to a Stipulation of Dismissal With Prejudice of all claims made by Plaintiff.  A

settlement agreement has been reached by all parties in this case.  The parties agree that they

shall pay their own costs and fees associated with this litigation.

Dated:  November 7, 2014

1

/s/  Kay Johansen_____
Kay Johansen

 The Law Office of Kay Johansen
504 First Avenue S.E.
Mount Vernon, Iowa 52314
Telephone:(319)895-6540
Fax: (319)895-6560
E-Mail: kay.johansen@kjohansenlaw.com
ATTORNEYS FOR PLAINTIFF

/s/ David A. Moore_____
David A. Moore
Jeremy L. Edelson
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
Telephone: (312) 467-9800
Fax: (312) 467-9479
E-Mail: dmoore@lanermuchin.com
E-Mail: jedelson@lanermuchin.com

/s/ Lisa A. Stephenson_____
Lisa A. Stephenson
Simmons Perrine Moyer Bergman,PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401
Telephone:  (319) 366-7641
Fax:  (319) 366-1917
E-Mail:  lstephenson@simmonsperrine.com

ATTORNEYS FOR DEFENDANTS

Original filed.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2014, a copy of the foregoing Joint

Motion And Stipulation Of Dismissal With Prejudice was filed with the Clerk of the Court of the

U.S. District Court for the Northern District of Iowa, Cedar Rapids Division, and will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kay Johansen_____
Kay Johansen

2

3